
FILED
OCT 16 2019
Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| COLIN MCWILLIAMS and ERIN MCWILLIAMS,<br><br>Plaintiffs,<br><br>vs.<br><br>AGCO CORPORATION, BORDER PLAINS EQUIPMENT LLC, and JOHN DOES I-V,<br><br>Defendants,<br><br>BORDER PLANS EQUIPMENT, LLC,<br><br>Cross-Claimant,<br><br>vs.<br><br>AGCO CORPORATION,<br><br>Cross-Defendant. | CV 19–57–M–DWM<br><br>ORDER |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

1

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED. The trial set for May 4, 2020, is VACATED.

DATED this 16th day of October, 2019.

Donald W. Molloy, District Judge
United States District Court